**No. 09-1499. Feesers, Inc., Petitioner v. Michael Foods, Inc., et al.**

562 U.S. 837, 131 S. Ct. 160, 178 L. Ed. 2d 39, 2010 U.S. LEXIS 5787.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 591 F.3d 191.